WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*○†
DANIEL J. FITZGERALD*†△
CAROLYN E. BUNDY
JAN P. GISHOLT†
SUSAN LEE*
EDWARD J. CARLSON

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
○ ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
## 80 PINE STREET
## NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL



October 13, 2009

OUR REF: 610-09/MEU

**BY HAND DELIVERY**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/09
```

Re: **ALLIED MARITIME INC. v. EURO ASIAN COMMODITIES CO., LTD.**
   **09 CV 8159 ( DLC) - SDNY**

Dear Judge Cote:

We represent Plaintiff Allied Maritime Inc. in the above referenced maritime Rule B attachment matter. We are pleased to advise the Court that this matter has been settled. Defendant, not having appeared, we herewith enclose a copy of our Notice of Voluntary Dismissal that was electronically filed.

We thank the Court for its courtesy.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc

Enclosure

*The plaintiff must confirm by October 20, 2009 that all garnishees have been advised that the attachment is vacated. — Denise Cote, October 15, 2009*

NYDOCS1/339015.1